IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

FELIPE ANTONIO ROSARIO SANTOS

XXX-XX-0767

Debtor(s)

CASE NO. 11-03713 MCF

Chapter 13

**FILED & ENTERED ON 09/27/2011**

ORDER

The motion filed by Debtor requesting conversion to Ch. 7 (docket #31) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27 day of September, 2011.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JOSE L JIMENEZ QUINONES
ALEJANDRO OLIVERAS RIVERA
ALL CREDITORS